**No. 69791.**—Transamerican Import Export Co., Inc. *v.* United States, protests 61/22425–12461 (Chicago).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiff was sustained.

**No. 69792.**—International Expediters, Inc., et al. *v.* United States, protests 63/8335–13422, etc. (Chicago).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiff was sustained.